543 U.S. 1083
 ARMSTRONG
v.
BOULDEN, BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH, ET AL.
ARMSTRONG
v.
CORNISH, CHIEF BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF OKLAHOMA, ET AL. and
ARMSTRONG
v.
CORNISH, CHIEF BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF OKLAHOMA, ET AL., ante, p. 960.
 No. 04-411.
 Supreme Court of United States.
 January 10, 2005.
 
 1
 Petitioner for rehearing denied.